IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
COPIA CLAIMS LLC, a California      )
limited liability company, on       )
behalf of itself and all others     )
similarly situated,                 )
                                    )
           Plaintiff,               )    2:09-cv-01610-GEB-DAD
                                    )
      v.                            )    ORDER*
                                    )
CALIFORNIA INFRASTRUCTURE AND       )
ECONOMIC DEVELOPMENT BANK, a        )
public instrumentality of the       )
State of California; THE BANK OF    )
NEW YORK MELLON, an entity; ORRICK, )
HERRINGTON & SUTCLIFFE, LLP,        )
an entity; and ACA FINANCIAL        )
GUARANTY CORPORATION, an entity,    )
                                    )
           Defendants.              )
_____)
```

On July 10, 2009 Plaintiff filed a motion for leave to amend the First Amended Complaint ("FAC"). Subsequently, on July 20, 2009, Plaintiff and Defendants filed a stipulation ("stipulation") in which Defendants state they do not oppose Plaintiff's motion for leave to amend the FAC. Therefore, Plaintiff's motion for leave to amend the

---

* This matter was determined to be suitable for decision without oral argument. E.D. Cal. R. 78-230(h).

1

1  FAC is granted; therefore, the presently scheduled August 17, 2009
2  hearing on Plaintiff's motion is vacated.
3         The remainder of the parties' stipulation is not adopted
4  since a portion of it is unclear.
5       IT IS SO ORDERED.
6  Dated:  July 30, 2009

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge