LOUIS J. CISZ, III, (STATE BAR NO. 142060)
KARL D. BELGUM (STATE BAR NO. 122752)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300
E-mail: lcisz@nixonpeabody.com

DOUGLAS J. FLAUM (*pro hac vice application to be submitted*)
SHAHZEB LARI (*pro hac vice application to be submitted*)
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York  10004
Telephone:  (212) 859-8000
Facsimile:  (212) 859-4000
E-mail: douglas.flaum@friedfrank.com

*Attorneys for Defendants*
*ACA Financial Guaranty Corporation and*
*The Bank of New York Mellon*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| COPIA CLAIMS LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA INFRASTRUCTURE AND ECONOMIC DEVELOPMENT BANK, a public instrumentality of the State of California; THE BANK OF NEW YORK MELLON, an entity; ORRICK, HERRINGTON & SUTCLIFFE, LLP, an entity; and ACA FINANCIAL GUARANTY CORPORATION, an entity,<br><br>Defendants. | Case No.:  2:09-CV-01610-GEB-DAD<br><br>**STIPULATION AND ORDER REGARDING: (1) DATE BY WHICH LEAD PLAINTIFF'S OPERATIVE COMPLAINT WILL BE FILED; AND (2) DATE BY WHICH DEFENDANTS WILL RESPOND TO LEAD PLAINTIFF'S OPERATIVE COMPLAINT** |

WHEREAS:

1. This case, an alleged class action asserting claims under Section 10(b) of the Securities Exchange Act of 1934, is subject to the requirements of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), including the requirements for appointment of a lead plaintiff;

2. On June 16, 2009, Plaintiff filed its First Amended Complaint;

3. On July 31, 2009, the Court granted Plaintiff's unopposed motion to file a further amended complaint, which will supersede the existing First Amended Complaint;

4. The PSLRA imposes a number of procedural requirements that must occur before the lead plaintiff ultimately appointed by the Court will be in a position to assert an operative complaint, including the following:

    a. Plaintiff must publish a notice of pendency of action, pursuant to 15 U.S.C. §78u-4(a)(3)(A), which was done on June 30, 2009;

    b. Not later than 60 days after publication of such notice (i.e., by August 29, 2009), any member of the purported class may move the Court for appointment as lead plaintiff, pursuant to 15 U.S.C. §78u-4(a)(3);

    c. Not later than 90 days after publication of such notice (i.e., by September 28, 2009), the Court shall consider any motion made by a class member to be appointed lead plaintiff and shall appoint a lead plaintiff, pursuant to 15 U.S.C. §78u-4(a)(3)(B);

    d. The appointed lead plaintiff shall, subject to the approval of the Court, select and retain counsel to represent the alleged class;

5. Under the PSLRA, all discovery and other proceedings (including initial disclosures under Fed.R.Civ.Pro. 26(a)) are stayed until and unless it is determined that plaintiff can state a claim capable of surviving a motion to dismiss (15 U.S.C. §78u-4(b)(3); *Medhekar v. U.S. District Court*, 99 F.3d 325, 328 (9th Cir. 1996));

6. In light of the foregoing requirements, it is customary for the parties in class actions governed by the PSLRA to agree, and for courts in such actions to order, that:

    a. The class member ultimately appointed by the Court as lead plaintiff be given

**STIPULATION AND [PROPOSED] ORDER RE: LEAD PLTF'S OPERATIVE COMPLAINT WILL BE FILED AND RESPONSE THERETO**    -1-    12653971.1

an opportunity after its appointment to file a further amended complaint as its operative pleading; and

      b.      To prevent the Court and the parties from spending time and resources on unnecessary motion practice, defendants are typically not required to respond to any pleading until a lead plaintiff has been appointed by the Court and the Court-appointed lead plaintiff has filed its operative pleading.

THEREFORE, IT IS HEREBY STIPULATED, by and among the undersigned counsel for the parties, that:

1.     Within forty-five (45) days from the date that the Court appoints a lead plaintiff in this action pursuant to 15 U.S.C. § 78u-4(3)(B), such lead plaintiff shall file a further amended complaint as its Operative Complaint, or designate the most recent complaint on file as its Operative Complaint;

2.     Within forty-five (45) days from the date that the Court-appointed lead plaintiff files or designates its Operative Complaint (pursuant to the preceding paragraph), defendants shall move, answer or otherwise respond to the Operative Complaint;

3.     Defendants shall have no obligation to move, answer or otherwise respond to any complaint in this action until the Operative Complaint is designated or filed by the Court-appointed lead plaintiff.

DATED: August ___, 2009

MCGRANE GREENFIELD LLP  
One Ferry Building, Suite 220  
San Francisco, CA 94111  
Telephone: (415) 283-1776  
Facsimile: (415) 283-1777  
E-mail: wmcgrane@mcgranegreenfield.com

By: _____  
     William McGrane  
*Attorneys for Plaintiff*  
*Copia Claims, LLC*

DATED: August ___, 2009

NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Telephone: (415) 984-8320
Facsimile: (415) 984-8300
E-mail: lcisz@nixonpeabody.com

By: ______________________________
Karl D. Belgum

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
E-mail: douglas.flaum@friedfrank.com

*Attorneys for Defendants*
*ACA Financial Guaranty Corporation, and*
*The Bank of New York Mellon*

DATED: August ___, 2009

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2384
Facsimile: (415) 281-1350
E-mail: kmuck@fenwick.com

By: ______________________________
Kevin P. Muck

*Attorneys for Defendant*
*Orrick, Herrington & Sutcliffe LLP*

DATED: August ___, 2009

ATTORNEY GENERAL OF CALIFORNIA
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 324-5154
Facsimile: (916) 327-2247
E-mail: Jeffrey.Rich@doj.ca.gov

By: _____
    Jeffrey A. Rich
    Deputy Attorney General

*Attorneys for Defendant*
*California Infrastructure and Economic Development Bank*

    I certify that a true copy of the foregoing was served electronically via the CM/ECF system on all counsel of record on this ___ day of August, 2009.

                              /s/ Karl D. Belgum

# ORDER

PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:

1. Within forty-five (45) days from the date that the Court appoints a lead plaintiff in this action pursuant to 15 U.S.C. § 78u-4(3)(B), such lead plaintiff shall file a further amended complaint as its Operative Complaint, or designate the most recent complaint on file as its Operative Complaint;

2. Within forty-five (45) days from the date that the Court-appointed lead plaintiff files or designates its Operative Complaint (pursuant to the preceding paragraph), defendants shall move, answer or otherwise respond to the Operative Complaint;

3. Defendants shall have no obligation to move, answer or otherwise respond to any complaint in this action until the Operative Complaint is designated or filed by the Court-appointed lead plaintiff.

**IT IS SO ORDERED.**

Dated: August 4, 2009

_____
Garland E. Burrell, Jr.
United States District Judge