KEVIN P. MUCK (CSB No. 120918)
CATHERINE KEVANE (CSB No. 215501)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350
E-mail:  kmuck@fenwick.com
         ckevane@fenwick.com

Attorneys for Defendant
Orrick, Herrington & Sutcliffe LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM GEORGE, on behalf of himself and all other persons similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA INFRASTRUCTURE AND ECONOMIC DEVELOPMENT BANK, a public instrumentality of the State of California and ORRICK, HERRINGTON & SUTCLIFFE, LLP, an entity,<br><br>　　　　　　　　Defendants. | Case No.:  2:09-CV-01610-GEB-DAD<br><br>**STIPULATION AND ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS** |

WHEREAS:

1. This case, an alleged class action asserting claims under Section 10(b) of the Securities Exchange Act of 1934, is subject to the requirements of the Private Securities Litigation Reform Act of 1995 ("PSLRA");

2. On August 4, 2009, the Court signed a stipulation and order [Docket No. 26] pursuant to which:

　　a. Within forty-five (45) days from the date that the Court appointed a lead plaintiff in this action pursuant to 15 U.S.C. § 78u-4(3)(B), such lead plaintiff was to file a further

1  amended complaint as its Operative Complaint, or designate the most recent complaint on file as its
2  Operative Complaint;

3        b.    Within forty-five (45) days from the date that the Court-appointed lead
4  plaintiff filed or designated its Operative Complaint (pursuant to the preceding paragraph),
5  defendants were to move, answer or otherwise respond to the Operative Complaint; and

6        c.    Defendants had no obligation to move, answer or otherwise respond to
7  any complaint in this action until the Operative Complaint was designated or filed by the Court-
8  appointed lead plaintiff;

9      3.    On September 15, 2009, the Court granted William George's ("Lead Plaintiff")
10  motion to be appointed lead plaintiff and approved of his selection of McGrane Greenfield LLP and
11  Kershaw, Cutter & Ratinoff, LLP as lead counsel in this action [Docket No. 39];

12      4.    On October 20, 2009, Lead Plaintiff filed a Consolidated Complaint for Violation of
13  Section 10(b) of the Securities Exchange Act of 1934 and of Rule 10b-5 Promulgated Thereunder
14  ("Consolidated Complaint") against Defendants California Infrastructure and Economic
15  Development Bank ("I-Bank") and Orrick, Herrington & Sutcliffe, LLP ("Orrick") (collectively
16  "Defendants") [Docket No. 40];

17      5.    On October 21, 2009, pursuant to the Court's order dated August 4, 2009 [Docket No.
18  26], Lead Plaintiff designated the Consolidated Complaint filed on October 20, 2009 [Docket No. 40]
19  as the Operative Complaint in this matter [Docket No. 41];

20      6.    Under the terms of the prior stipulation and order entered by the Court, defendants'
21  deadline for responding to the Consolidated Complaint is December 4, 2009; and

22      7.    Defendants intend to file a motion to dismiss the Consolidated Complaint, and the
23  parties have agreed upon a mutually acceptable briefing and hearing schedule for that motion.

24  THEREFORE, IT IS HEREBY STIPULATED, by and among the undersigned counsel for
25  the parties, that:

26      1.    Pursuant to the Court's order of August 4, 2009, Defendants will move to dismiss the
27  Consolidated Complaint on or before December 4, 2009;

28

**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING AND HEARING SCHEDULE FOR MOTIONS TO DISMISS**    -2-    CASE NO. 2:09-CV-01610-GEB-DAD

2. Lead Plaintiff will file and serve any papers in opposition to Defendants' motions to dismiss to the Consolidated Complaint on or before January 11, 2010;

3. Defendants will file and serve any reply papers in support of their motions to dismiss on or before January 29, 2010;

4. A hearing on Defendants' motions to dismiss the Consolidated Complaint is scheduled on February 8, 2010 at 9:00 a.m.

DATED: November 18, 2009          MCGRANE GREENFIELD LLP


                                  By:  /s/ Christopher D. Sullivan
                                       Christopher D. Sullivan
                                  Attorneys for Plaintiff


DATED: November 18, 2009          FENWICK & WEST LLP


                                  By:  /s/ Kevin P. Muck
                                       Kevin P. Muck
                                  Attorneys for Defendant
                                  ORRICK, HERRINGTON & SUTCLIFFE, LLP


DATED: November 18, 2009          ATTORNEY GENERAL OF CALIFORNIA


                                  By:  /s/ Jeffrey A. Rich
                                       Jeffrey A. Rich
                                       Deputy Attorney General
                                  Attorneys for Defendant
                                  CALIFORNIA INFRASTRUCTURE AND
                                  ECONOMIC DEVELOPMENT BANK


I certify that a true copy of the foregoing was served electronically via the CM/ECF system on all counsel of record on this 18th day of November, 2009.


                                       /s/      Carmelita Procida


**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:

**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING AND HEARING SCHEDULE FOR MOTIONS TO DISMISS**          -3-          CASE NO. 2:09-CV-01610-GEB-DAD

1. Defendants will move to dismiss the Consolidated Complaint on or before December 4, 2009;

2. Lead Plaintiff will file and serve any papers in opposition to Defendants' motions to dismiss to the Consolidated Complaint on or before January 11, 2010;

3. Defendants will file and serve any reply papers in support of their motions to dismiss on or before January 29, 2010;

4. A hearing on Defendants' motions to dismiss the Consolidated Complaint will be held on February 8, 2010 at 9:00 a.m., or at such other time as is convenient for the Court.

**IT IS SO ORDERED**

Dated:   November 24, 2009

GARLAND E. BURRELL, JR.
United States District Judge