KEVIN P. MUCK (CSB No. 120918)
CATHERINE KEVANE (CSB No. 215501)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350
E-mail:  kmuck@fenwick.com
         ckevane@fenwick.com

Attorneys for Defendant
Orrick, Herrington & Sutcliffe LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM GEORGE, on behalf of himself and all other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA INFRASTRUCTURE AND ECONOMIC DEVELOPMENT BANK, a public instrumentality of the State of California and ORRICK, HERRINGTON & SUTCLIFFE, LLP, an entity,<br><br>Defendants. | Case No.:  2:09-CV-01610-GEB-DAD<br><br>**STIPULATION AND ORDER REGARDING FILING OF FIRST AMENDED CONSOLIDATED COMPLAINT AND RESPONSE THERETO** |

WHEREAS:

1. This case, an alleged class action asserting claims under Section 10(b) of the Securities Exchange Act of 1934 filed on June 10, 2009 [Docket No. 1], is subject to the requirements of the Private Securities Litigation Reform Act of 1995 ("PSLRA");

2. On August 4, 2009, the Court signed a stipulation and order [Docket No. 26] pursuant to which: (a) within forty-five (45) days from the date that the Court appointed a lead plaintiff

---

**STIPULATION AND [PROPOSED] ORDER RE: FIRST AMENDED CONSOLIDATED COMPLAINT AND RESPONSE THERETO**     1     CASE NO. 2:09-CV-01610-GEB-DAD

plaintiff in this action pursuant to 15 U.S.C. § 78u-4(3)(B), such lead plaintiff was permitted to file a further amended complaint; and (b) within forty-five (45) days from the filing of such further amended complaint, defendants were to move, answer or otherwise respond to the Operative Complaint;

3. On September 15, 2009, the Court granted the motion of William George ("Lead Plaintiff") to be appointed lead plaintiff [Docket No. 39], and on October 20, 2009 Lead Plaintiff filed a Consolidated Complaint for Violation of Section 10(b) of the Securities Exchange Act of 1934 and of Rule 10b-5 Promulgated Thereunder ("Consolidated Complaint") against Defendants California Infrastructure and Economic Development Bank ("I-Bank") and Orrick, Herrington & Sutcliffe, LLP ("Orrick") (collectively "Defendants") [Docket No. 40];

4. On December 4, 2009, Defendants jointly filed a motion to dismiss the Consolidated Complaint [Docket No. 47], and pursuant to agreement of the parties that motion was set for hearing on February 8, 2010;

5. Rather than oppose Defendants' motion to dismiss, Lead Plaintiff has prepared and submitted to the Court on December 28, 2009 a First Amended Consolidated Complaint for Violation of Section 10(b) of the Securities Exchange Act of 1934 and of Rule 10b-5(a), (b) and (c) Promulgated Thereunder ("First Amended Consolidated Complaint") [Docket No. 52]; and

6. Defendants do not oppose the filing of the First Amended Consolidated Complaint, provided that they have sufficient time to move to dismiss or otherwise respond to that new pleading, and the parties have agreed to confer on a mutually convenient briefing and hearing schedule for Defendants' anticipated motion to dismiss the First Amended Consolidated Complaint.

THEREFORE, IT IS HEREBY STIPULATED, by and among the undersigned counsel for the parties, that:

1. Lead Plaintiff should be permitted to file his First Amended Consolidated Complaint, which shall supersede all prior pleadings in this action;

2. Defendants' motion to dismiss the Consolidated Complaint, previously set for hearing on February 8, 2010, shall be taken off calendar; and

3. Defendants will move or otherwise respond to the First Amended Consolidated Complaint on or before February 5, 2010.

DATED: January 5, 2010            MCGRANE GREENFIELD LLP

                                  By: /s/ Christopher D. Sullivan
                                          Christopher D. Sullivan
                                  Attorneys for Plaintiff


DATED: January 5, 2010            FENWICK & WEST LLP


                                  By: /s/ Kevin P. Muck
                                          Kevin P. Muck
                                  Attorneys for Defendant
                                  ORRICK, HERRINGTON & SUTCLIFFE, LLP


DATED: January 5, 2010            ATTORNEY GENERAL OF CALIFORNIA


                                  By: /s/ Jeffrey A. Rich
                                          Jeffrey A. Rich
                                          Deputy Attorney General
                                  Attorneys for Defendant
                                  CALIFORNIA INFRASTRUCTURE AND
                                  ECONOMIC DEVELOPMENT BANK


I certify that a true copy of the foregoing was served electronically via the CM/ECF system on all counsel of record on this 5 day of January, 2010.


                                  /s/ Kevin P. Muck_____

# ORDER

PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:

1. Lead Plaintiff's First Amended Consolidated Complaint, submitted to the Court on December 28, 2009 [Docket No. 52], is hereby deemed filed and shall supersede all prior pleadings in this action;

2. Defendants' motion to dismiss the Consolidated Complaint, filed on December 4, 2009 and previously set for hearing on February 8, 2010, shall be taken off calendar; and

3. Defendants will move or otherwise respond to the First Amended Consolidated Complaint on or before February 5, 2010.

**IT IS SO ORDERED.**

Dated:   January 5, 2010

GARLAND E. BURRELL, JR.
United States District Judge