1 KEVIN P. MUCK (CSB No. 120918)
CATHERINE KEVANE (CSB No. 215501)
2 FENWICK & WEST LLP
555 California Street, 12th Floor
3 San Francisco, California 94104
Telephone: (415) 875-2300
4 Facsimile: (415) 281-1350
E-mail: kmuck@fenwick.com
5        ckevane@fenwick.com

6 Attorneys for Defendant
Orrick, Herrington & Sutcliffe LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM GEORGE, on behalf of himself and all other persons similarly situated,<br><br>            Plaintiff,<br><br>  vs.<br><br>CALIFORNIA INFRASTRUCTURE AND ECONOMIC DEVELOPMENT BANK, a public instrumentality of the State of California and ORRICK, HERRINGTON & SUTCLIFFE, LLP, an entity,<br><br>            Defendants. | Case No.: 2:09-CV-01610-GEB-DAD<br><br>**STIPULATION AND ORDER REGARDING FILING OF FIRST AMENDED CONSOLIDATED COMPLAINT AND RESPONSE THERETO** |

WHEREAS:

1.    This case, an alleged class action asserting claims under Section 10(b) of the Securities Exchange Act of 1934 filed on June 10, 2009 [Docket No. 1], is subject to the requirements of the Private Securities Litigation Reform Act of 1995 ("PSLRA");

2.    On August 4, 2009, the Court signed a stipulation and order [Docket No. 26] pursuant to

which: (a) within forty-five (45) days from the date that the Court appointed a lead plaintiff in this action pursuant to 15 U.S.C. § 78u-4(3)(B), such lead plaintiff was permitted to file a further amended complaint; and (b) within forty-five (45) days from the filing of such further amended complaint, defendants were to move, answer or otherwise respond to the Operative Complaint;

3. On September 15, 2009, the Court granted the motion of William George ("Lead Plaintiff") to be appointed lead plaintiff [Docket No. 39], and on October 20, 2009 Lead Plaintiff filed a Consolidated Complaint for Violation of Section 10(b) of the Securities Exchange Act of 1934 and of Rule 10b-5 Promulgated Thereunder ("Consolidated Complaint") against Defendants California Infrastructure and Economic Development Bank ("I-Bank") and Orrick, Herrington & Sutcliffe, LLP ("Orrick") (collectively "Defendants") [Docket No. 40];

4. On December 4, 2009, Defendants jointly filed a motion to dismiss the Consolidated Complaint [Docket No. 47], and pursuant to agreement of the parties that motion was set for hearing on February 8, 2010;

5. Rather than oppose Defendants' motion to dismiss, Lead Plaintiff prepared and submitted to the Court on December 28, 2009 a First Amended Consolidated Complaint for Violation of Section 10(b) of the Securities Exchange Act of 1934 and of Rule 10b-5(a), (b) and (c) Promulgated Thereunder ("First Amended Consolidated Complaint") [Docket No. 52];

6. On January 6, 2010, the Court signed a Stipulation and Order (1) deeming the First Amended Consolidated Complaint filed and superseding all prior pleadings, (2) taking Defendants' motion to dismiss the Consolidated Complaint, set for hearing on February 8, 2010, off calendar, and (3) requiring Defendants to move or otherwise respond to the First Amended Consolidated Complaint on or before February 5, 2010 [Docket No. 54]; and

6. Defendants intend to file a motion to dismiss the First Amended Consolidated Complaint, and the parties have agreed upon a mutually acceptable briefing and hearing schedule for that motion.

THEREFORE, IT IS HEREBY STIPULATED, by and among the undersigned counsel for the parties, that:

1. Pursuant to the Court's order of January 6, 2010, Defendants will move to dismiss the First Amended Consolidated Complaint on or before February 5, 2010;

2. Lead Plaintiff will file and serve any papers in opposition to Defendants' motions to dismiss to the Consolidated Complaint on or before March 5, 2010;

3. Defendants will file and serve any reply papers in support of their motions to dismiss on or before March 24, 2010;

4. A hearing on Defendants' motions to dismiss the Consolidated Complaint will be held on April 5, 2010 at 9:00 a.m., or at such other time as is convenient for the Court.

DATED: February 2, 2010  MCGRANE GREENFIELD LLP

By: /s/ Christopher D. Sullivan
    Christopher D. Sullivan
Attorneys for Plaintiff

DATED: February 2, 2010  FENWICK & WEST LLP

By: /s/ Kevin P. Muck
    Kevin P. Muck
Attorneys for Defendant
ORRICK, HERRINGTON & SUTCLIFFE, LLP

DATED: February 2, 2010  ATTORNEY GENERAL OF CALIFORNIA

By: /s/ Jeffrey A. Rich
    Jeffrey A. Rich
    Deputy Attorney General
Attorneys for Defendant
CALIFORNIA INFRASTRUCTURE AND
ECONOMIC DEVELOPMENT BANK

I certify that a true copy of the foregoing was served electronically via the CM/ECF system on all counsel of record on this 2nd day of February, 2010.

/s/ Kevin P. Muck

**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING AND HEARING SCHEDULE FOR MOTION TO DISMISS FIRST AMENDED CONSOLIDATED COMPLAINT**

-4-

CASE NO. 2:09-CV-01610-GEB-DAD

# ORDER

PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:

1. Defendants will move to dismiss the First Amended Consolidated Complaint on or before February 5, 2010;

2. Lead Plaintiff will file and serve any papers in opposition to Defendants' motions to dismiss to the Consolidated Complaint on or before March 5, 2010;

3. Defendants will file and serve any reply papers in support of their motions to dismiss on or before March 24, 2010;

4. A hearing on Defendants' motions to dismiss the Consolidated Complaint will be held on April 5, 2010 at 9:00 a.m., or at such other time as is convenient for the Court.

**IT IS SO ORDERED.**

Dated: February 4, 2010

GARLAND E. BURRELL, JR.
United States District Judge