KEVIN P. MUCK (CSB No. 120918)
CATHERINE KEVANE (CSB No. 215501)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350
E-mail:  kmuck@fenwick.com
         ckevane@fenwick.com

Attorneys for Defendant
Orrick, Herrington & Sutcliffe LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM GEORGE, on behalf of himself and all other persons similarly situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>CALIFORNIA INFRASTRUCTURE AND ECONOMIC DEVELOPMENT BANK, a public instrumentality of the State of California and ORRICK, HERRINGTON & SUTCLIFFE, LLP, an entity,<br><br>      Defendants. | Case No.:  2:09-CV-01610-GEB-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF SECOND AMENDED CONSOLIDATED COMPLAINT AND RESPONSE THERETO** |

WHEREAS:

1. This case, an alleged class action asserting claims under Section 10(b) of the Securities Exchange Act of 1934 filed on June 10, 2009 [Docket No. 1], is subject to the requirements of the Private Securities Litigation Reform Act of 1995 ("PSLRA");

2. Under the PSLRA, all discovery and other proceedings (including initial disclosures under Fed. R. Civ. Pro. 26(a)) are stayed until and unless it is determined that the plaintiff can state a claim capable of surviving a motion to dismiss (15 U.S.C. § 78u-4(b)(3); *Medhekar v. U.S. District Court*, 99 F.3d 325, 328 (9th Cir. 1996));

3. On September 15, 2009, the Court granted the motion of William George ("Lead

Plaintiff") to be appointed lead plaintiff [Docket No. 39];

4. On December 28, 2009, Lead Plaintiff filed a First Amended Consolidated Complaint ("FACC") [Docket No. 52];

5. On February 5, 2010, Defendants jointly filed a motion to dismiss the FACC [Docket Nos. 57-62], and the Court signed a stipulation and order [Docket No. 56] pursuant to which that motion was set for hearing on April 5, 2010 at 9:00 a.m., or at such other time as is convenient for the Court;

6. On March 5, 2010, Lead Plaintiff filed his opposition to Defendants' motion to dismiss [Docket No. 66], and on March 24, 2010, Defendants jointly filed a reply brief [Docket No. 67].

7. On April 2, 2010, the Court issued a minute order [Docket No. 68] stating that Defendants' motion to dismiss was submitted without oral argument and canceling the hearing scheduled for April 5, 2010;

8. On June 10, 2010, the Court issued an Order granting Defendants' Motion to Dismiss the FACC without prejudice [Docket No. 71];

9. On June 15, 2010, the Court issued a Minute Order setting the Case Management Conference for September 20, 2010;

10. Lead Plaintiff intends to file a Second Amended Consolidated Complaint ("SACC");

11. Lead Plaintiff's SACC is currently due on June 24, 2010;

12. The parties have agreed upon a mutually acceptable schedule for the filing of the SACC and the briefing and hearing for any subsequent motion to dismiss the SACC filed by Defendants.

THEREFORE, IT IS HEREBY STIPULATED, by and among the undersigned counsel for the parties, that:

1. Lead Plaintiff will file and serve its Second Amended Consolidated Complaint ("SACC") on or before July 12, 2010;

2. Defendants will move to dismiss the SACC on or before August 13, 2010;

3. Lead Plaintiff will file and serve any papers in opposition to Defendants' motion to

1  dismiss the SACC on or before September 10, 2010;

2      4.    Defendants will file and serve any reply papers in support of their motion to dismiss

3  on or before October 1, 2010; and

4      5.    A hearing on Defendants motion to dismiss the SACC will be held on October 25,

5  2010 at 9:00 a.m., or at such other time as is convenient for the Court.

7  DATED: June __, 2010        MCGRANE GREENFIELD LLP

9  By: _____
       Christopher D. Sullivan

10 Attorneys for Plaintiff

11 DATED: June __, 2010        FENWICK & WEST LLP

13 By: _____
       Kevin P. Muck

14 Attorneys for Defendant
ORRICK, HERRINGTON & SUTCLIFFE, LLP

17 DATED: June __, 2010        ATTORNEY GENERAL OF CALIFORNIA

19 By: _____
       Jeffrey A. Rich
       Deputy Attorney General

20 Attorneys for Defendant
CALIFORNIA INFRASTRUCTURE AND
ECONOMIC DEVELOPMENT BANK

26     I certify that a true copy of the foregoing was served electronically via the CM/ECF system on all counsel of record on this ___ day of June, 2010.

# ORDER

PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:

1. Lead Plaintiff will file and serve its Second Amended Consolidated Complaint ("SACC") on or before July 12, 2010;

2. Defendants will move to dismiss the SACC on or before August 13, 2010;

3. Lead Plaintiff will file and serve any papers in opposition to Defendants' motion to dismiss the SACC on or before September 10, 2010;

4. Defendants will file and serve any reply papers in support of their motion to dismiss on or before October 1, 2010; and

5. A hearing on Defendants motion to dismiss the SACC will be held on October 18, 2010 at 9:00 a.m., or at such other time as is convenient for the Court.

**IT IS SO ORDERED.**

Dated:   June 18, 2010

GARLAND E. BURRELL, JR.
United States District Judge